**UNITED STATES COURT OF INTERNATIONAL TRADE**        **FORM 1**

|  |  |
|---|---|
| **Plaintiff,**<br>v.<br>UNITED STATES OF AMERICA; U.S. DEPARTMENT OF COMMERCE; GINA RAIMONDO, U.S. SECRETARY OF COMMERCE; U.S. CUSTOMS & BORDER PROTECTION; TROY A. MILLER, SENIOR OFFICIAL PERFORMING THE DUTIES OF THE COMMISSIONER FOR U.S. CUSTOMS & BORDER PROTECTION,<br>**Defendants.** | **S U M M O N S** |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ **Mario Toscano**
Clerk of the Court

**PROTEST**

| Port of Entry: |  | Date Protest Filed: |  |
|---|---|---|---|
| Protest Number: |  | Date Protest Denied: |  |
| Importer: |  |  |  |
| Category of Merchandise: |  |  |  |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Port Director,

Address of Customs Port in                    Name, Address**,** Telephone Number
Which Protest was Denied                      and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | N/A | Entered value of $285,152 |
| Protest Claim: | N/A | Entered value of $285,152 |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| 8541.40.6020 | Solar Cell Assyb Module/Panel | 238.95% | Solar Cell Assyb Module/Panel | 0.79% |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Decision: Denied, Entry correctly liquidated per original DOC message.

Protest Claim: the application of an incorrect antidumping duty rate and the resulting duty and interest charges with respect to Entry No. WBA30754971.

The issue which was common to all such denied protests:

N/A

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf.  The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest.  The issue or issues stated above were common to all such denied protests.  All such protests were filed and denied as prescribed by law.  All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

_____
*Signature of Plaintiff's Attorney*
June 25, 2021
_____
*Date*

## SCHEDULE OF PROTESTS

_____
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Port Director of Customs,

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)